PATRICK W. McLAUGHLIN
Attorney At Law
California State Bar No. 89657
205 South Broadway, Suite 902
Los Angeles, California 90012
Telephone:   (213) 437-0122
Facsimile:   (213) 628-3908
Email: pwmclaughlin50@gmail.com

Attorney for Defendant
CHARLES THOMAS SEBESTA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>CHARLES THOMAS SEBESTA,<br><br>              Defendant. | CASE NO. CR 19-463-SVW<br><br>DEFENDANT'S SENTENCING MEMORANDUM; EXHIBIT A.<br><br>Sentencing Date:  August 30, 2021<br>Hearing Time:  11:00 a.m. |

**TO THE HONORABLE STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE, THE UNITED STATES ATTORNEY'S OFFICE AND ITS ATTORNEY OF RECORD, ADAM P. SCHLEIFER, AND UNITED STATES PROBATION OFFICER CRISTINA TORRES:**

Defendant Charles Thomas Sebesta (hereinafter "Mr. Sebesta"), through his counsel of record Patrick W. McLaughlin, hereby files Defendant's Sentencing Memorandum in the above-entitled case.

DATED:  August 24, 2021                    Respectfully submitted,


                                  _____/s/_____
                                  PATRICK W. McLAUGHLIN
                                  Attorney for Defendant

1

## **INTRODUCTION**

Mr. Sebesta respectfully submits this memorandum in order to provide information to assist the Court in fashioning a sentence "sufficient but not greater than necessary" to achieve the statutory purposes of punishment, as required by Title 18, United States Code, Section 3553(a) in light of *United States v. Booker,* 125 U.S. 738 (2005). Mr. Sebesta believes that a variance is appropriate in this case, and urges this Court to sentence him to a 72-month term of imprisonment. A sentence of 72 months is clearly sufficient to satisfy the relevant 3553(a) factors.

After a full analysis of the sentencing factors in this case, and the information set forth in the Presentence Report, Mr. Sebesta requests that the Court impose the following sentence and make the following recommendations:

1. A 72 month term of imprisonment.

2. Three years of supervised release.

3. Restitution in an amount to be determined by the Court.

4. Imposition of a $200.00 Special Assessment.

5. Recommendation that the Bureau of Prisons ("BOP") evaluate Mr. Sebesta for participation in the BOP's 500-hour Residential Drug Abuse Program ("RDAP").

6. Recommendation that the BOP permit Mr. Sebesta to participate in any First Step Act Programs the BOP has available.

7. The conditions of Supervised Release described in the Sentencing Recommendation letter filed by United States Probation on April 13, 2020.

8. That Mr. Sebesta be housed in a BOP facility that offers the RDAP program, and that the location be in the Southern California area (for instance, Terminal Island).

The requested sentence is based on the factors cited in this memorandum, the Presentence Report ("PSR"), and Mr. Sebesta's personal history and characteristics and long term medical problems. Mr. Sebesta believes that such a sentence is reasonable in light of the facts of this case.

## II

## PROCEDURAL BACKGROUND AND DEFENDANT'S ARGUMENTS

### A. *Federal Custody.*

Mr. Sebesta was arrested on August 26, 2019.  He has been in federal custody since the date of his arrest.

### B. *The Plea Agreement.*

On November 21, 2019, Mr. Sebesta, with the assistance of counsel, signed a plea agreement with the government.  On January 14, 2020, an Assistant United States Attorney signed and filed the plea agreement.  On February 3, 2020, Mr. Sebesta entered guilty pleas to Counts Five and Eight of the Indictment.  Count Five charges Wire Fraud, in violation of 18 U.S.C. §1343.  Count Eight  charges Bank Fraud, in violation of 18 U.S.C. §1344 (2).

The agreed upon base offense level is 33.  The Plea Agreement contemplates a three-level downward adjustment for acceptance of responsibility (§3E1.1).  The total adjusted offense level contemplated by the plea agreement is 30.  Assuming that Mr. Sebesta's Criminal History Category is II, the advisory Sentencing Guidelines range is *108-135* months of imprisonment, However, for the reasons set forth below, Mr. Sebesta contends that he should be in Criminal History Categoy I, resulting in an advisory Sentencing Guidelines range of 97-121 months.

The PSR accurately describes Counts Five and Eight of the Indictment, and the relevant terms of the plea agreement in this case.  (See PSR, pages 5-6 ¶2-11).

## III

## ACCEPTANCE OF RESPONSIBILITY AND PERSONAL INFORMATION

### A. *Defendant's Acceptance of Responsibility:*

Mr. Sebesta has accepted responsibililty for his conduct in this case.  (See PSR page 12, ¶51).  It should be noted that Mr. Sebesta has been in custody at the Metropolitan Detention Center during the pandemic and has done his best to cope with the near total isolation from family members and friends.  Mr. Sebesta, along with other inmates, have suffered through long stretches of lock downs, quarantines, and the fear of the unknown, namely contracting COVID19.

## IV

## THE PRESENTENCE REPORT

### A. *Mr. Sebesta's Arguments Regarding the PSR:*

### 1. *Offense Level Computation and Criminal History Computation.*

The PSR calculates the Total Offense level at 30 pursuant to the relevant Sentencing Guidelines, including a three-level reduction for acceptance of responsibility. However, the PSR mistakenly concludes that Mr. Sebesta was on probation in Los Angeles County Superior Court Case No. BA425552 ("the state case") when he committed the federal offenses for which he is before this Court.

Mr. Sebesta was arrested on May 8, 2014, and then sentenced on September 7, 2016 in connection with the state case. (See PSR, Page 13 ¶57). The date of the offense in Count Five is September 4, 2014. The date of the offense in Count Eight is July 23, 2013. Thus, the offense date in Count Eight is more than nine months before his arrest in the state case. And the offense date in Count Five is almost exactly two years before sentence was imposed in the state case. Furthermore, in the factual basis of the plea agreement, the latest date of any unlawful act committed by Mr. Sebesta is September 4, 2014. Mr. Sebesta's state case does not constitute a "prior conviction" under the Sentencing Guidelines, nor was he on probation on the state case when he committed the federal offenses to which he has entered guilty pleas. Mr. Sebesta should be in Criminal History Category I.

## V

## COVID 19 HOUSING AND INCARCERATION CONDITIONS JUSTIFY A DOWNWARD VARIANCE

In addition, Mr. Sebesta requests that the Court take into account the effects of COVID 19 on those who are currently in custody. Mr. Sebesta signed his plea agreement in November 2019, well before the pandemic began in March 2020.

Mr. Sebesta has been detained during the entire pandemic and continues to be detained. He has lived through a very frightening period of time. He has lived through the various upticks of COVID 19, and during periods that many detention centers, jails and prisons were reporting significant levels of prisoners testing positive for COVID 19. It is clear from current reports that the pandemic is not likely to end soon, particularly given the Delta variant. Jails have responded by keeping inmates in virtual lockdown with little access to services (such as educational and recreational services), little socialization amongst inmates and until recently, complete cessation of visits by family and friends. As the Court well knows, the pandemic has had significant impacts on the federal courts. Indeed, until recently jury trials have been suspended in this district, and many hearings are now conducted by video conference rather than by in person appearances. Ccourtrooms and local businesses are now designed to try to protect against the spread of the virus, namely, masks are still required in many indoor locations, plexiglass has been installed and access by the public has been greatly curtailed. Federal prisons have been the subject of extensive litigation by legal groups and lawyers that allege that prisoners are being held in settings that are heavily impacted by COVID 19 and are not in the best interest of the inmate population. The former President, and many of his family members and staff tested positive for COVID 19. And in November 2020, Mr. Sebesta was notified that he had tested positive for COVID 19. In addition, since being housed at MDC, Mr. Sebesta has contracted Parkinson's disease, and has had surgery for a tumor near his left eye,

The United States Attorney's Office has offered some defendants plea agreements that include an additional two level reduction in offense level due to COVID 19. Mr. Sebesta urges the Court to take into consideration this issue and recognize that a variance is warranted to avoid sentencing disparities, and to accommodate the difference in housing conditions that inmates are now confronting due to COVID 19.

## VI

## MR. SEBESTA'S PERSONAL CHARACTERISTICS AND HISTORY

The PSR accurately reflects Mr. Sebesta's personal and family data, physical condition, mental and emotional health, and substance abuse. (See PSR, ¶¶65-88). Mr. Sebesta's father died in 1987 and his mother died in 2005. Mr. Sebesta has no siblings. Mr. Sebesta began

abusing alcohol at the age of 22.  Until 2016, Mr. Sebesta consumed a bottle of vodka on a daily basis.  After 2016, Mr.  Sebesta drank wine and/or tequila before retiring for the evening.

In 1992, Mr. Sebesta married Marilynn West in Portland, Oregon.  They are still married.  Mr. Sebesta and his wife have one child (Austin) who is now 27 years old and suffers from autism.  At the age of 3, Austin was diagnosed with Asperger's, a developmental disability.  At the present time, Austin attends community college, and works as an ice hockey official.

Mr. Sebesta is in poor physical and mental health.  He has been diagnosed with melanomas in 1995, 2010, 2012 and 2019. PSR at ¶75.  In 1999, Mr. Sebesta was diagnosed with colon cancer, and he suffered a relapse of colon cancer in 2015 and 2016.  He has undergone several surgeries to treat the colon cancer, leaving him with almost no colon, and very little of his small intestine.  PSR at ¶76.  In 2015, Mr. Sebesta was diagnosed with inflammatory bowel disease and Crohn's disease.  PSR at ¶77.  In 1998, Mr. Sebesta was diagnosed with bipolar disorder.  He explained that when he suffers manic episodes, he made "decisions that took a toll on his finances".  PSR at ¶80.  His symptoms can be controlled by medication which he has taken regularly since 2016.  PSR at ¶82.

## VII

## POST-BOOKER SENTENCING CONSIDERATIONS

### 18 U.S.C. Sections 3553(a) (1)-(7) Factors

In light of *United States v. Booker,* 125 U.S. 738 (2005), the Sentencing Guidelines are now advisory, and are but one factor to be considered by the Court in fashioning an appropriate sentence, to wit, a sentence that is "sufficient but not greater than necessary" to achieve the statutory purpose of punishment, as required by 18 U.S.C. Section 3553(a).  The Sentencing Guidelines are a starting point for the Court in determining a reasonable sentence.  Under Section 3553(a), district courts are required to sentence below the applicable Sentencing Guidelines range if such a sentence would be sufficient to achieve the purposes of sentencing.  As a result, the Sentencing Guidelines range is no longer binding on the Court, as the Sentencing Guidelines are merely advisory and only one of several factors to be considered in determining sentence.  *Booker,* 124 S.Ct. at 764-65.  18 U.S.C. Section 3553(a) (1)-(7) provide the Court with other factors to include in the fashioning of a reasonable sentence:

1. the nature and circumstances of the offense and the history and characteristics of the defendant.

2. The need for the sentence imposed –

   (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

   (B) to afford adequate deterrence to criminal conduct;

   (C) to protect the public from further crimes of the defendant; and

   (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

3. the kinds of sentence available;

4. The kinds of sentence and the sentencing range established for –

   (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines issued by the Sentencing Commission pursuant to Section 994(a)(1) of Title 28, United States Code, and that are in effect on the date the defendant is sentenced (*the Sentencing Guidelines Range);*

5. any pertinent policy statement issued by the Sentencing Commission, pursuant to 28 U.S.C. Section 994(a)(2), in effect on the date that the defendant is sentenced;

6. the need to avoid unwarranted sentencing disparity among defendants with similar records who have been found guilty of similar conduct; and

7. the need to provide restitution to victim(s) of the offense. *Id, 18 U.S.C. Section 3553(a) (1)-(7).*

Although the Sentencing Guidelines provide a starting point for the Court's sentencing analysis, the Court "may not presume that the Guidelines range is reasonable." *Gall v. United States,* 552 U.S. 38, 50 (2007). The Court's ultimate duty is to ensure that the sentence imposed reflects the principles set forth in 18 U.S.C. §3553 (a). *See Nelson v. United States,* 555 U.S. 350, 351 (2009). The "overarching provision" of §3553(A) is "to impose a sentence sufficient, but not greater than necessary", to accomplish the sentencing goals advanced §3553(a) (2)." *Kimbrough v. United States*, 552 U.S. 85, 111 (2007). What is more, "the punishment should fit the offender and not merely the crime." *Pepper v. United States,* 562 U.S. 476, 487-88 (2011) (quoting *Williams v. New York,* 377 U.S. 241, 247 (1949).

7

## VIII

### MR. SEBESTA'S POSITION RE:
### SENTENCING FACTORS AS APPLIED TO DEFENDANT

**1. The proposed sentence of 72 months considers the personal history and the characteristics of the Defendant and the nature of the offense.**

Mr. Sebesta's personal history and characteristics are clearly outlined in the PSR and are summarized in the preceding pages. Mr. Sebesta clearly engaged in serious unlawful conduct regarding the victim in this case, and sincerely regrets his actions. Mr. Sebesta wants to participate in the RDAP program to address his alcohol abuse and believes that the treatment and counseling will lead to his sobriety.

**2. The proposed sentence reflects the seriousness of the offense, promotes respect for the law and provides just punishment for the offense.**

The proposed sentence reflects the seriousness of the offense. It will serve to promote respect for the law and provide just punishment. Participation in the RDAP program will ensure that Mr. Sebesta is provided with the tools he needs to make better decisions in his life upon his release from custody. Significant terms and conditions of supervised release will promote respect for the law.

A sentence of 72 months imprisonment will take a significant portion of Mr. Sebesta's remaining years away from him. However, such a sentence will provide Mr. Sebesta with an opportunity to make restitution to the victim, and to begin to do so at a much earlier date than the sentence proposed by the government.

**3. The proposed sentence does not create a disparity in sentencing among similarly situated defendants.**

The proposed sentence should not create a disparity among other defendants who are similarly situated. The requested sentence acknowledges Mr. Sebesta's offense conduct, and the many health challenges he faces now and will face for the rest of his life.

**4. The proposed sentence affords adequate specific and general deterrence to criminal conduct.**

The proposed sentence affords both specific and general deterrence to criminal conduct. Mr. Sebesta is 56 years old, in poor health, and is well aware of the sentencing options available to the Court.

General deterrence goals are satisfied by the proposed sentence.  The message that this sentence will send is clear:  Mr. Sebesta can no longer engage in any criminal conduct, particularly, as here, bank fraud, wire fraud and other related offenses.

### 5. The proposed sentence protects the public from further crimes of Mr. Sebesta

The proposed sentence in this case will surely protect the public from further crimes by Mr. Sebesta.  Any custodial sentence is significant to this defendant. Mr. Sebesta has been incarcerated since his arrest and he is now facing the prospect of a very lengthy prison sentence. Significant terms and conditions of supervised release will require Mr. Sebesta to, among other requirements. make restitution to the victim.  This is a man who before being arrested in this case had never spent a day in jail.  A sentence longer than 72 months is not necessary to protect the public from defendant.

### 6. The Minimally-Sufficient Sentence in this Case.

As discussed above, ***Booker*** and Title 18 of the United States Code Section 3553(a)'s parsimony provision impose a statutory cap on sentences, despite what is recommended or prescribed by the Sentencing Guidelines:  the sentence must be "sufficient, but not greater than necessary" to achieve the purpose of punishment.  Section 3553(a) (2) provides that the Court shall impose a sentence ***sufficient but not greater than necessary*** to comply with Section 3553(a).

A sentence that includes a period of incarceration of 72 months, followed by three years of supervised release with the conditions set forth in the sentencing recommendation letter adequately address the factors this Court must consider in fashioning a sentence in this case.  The proposed sentence achieves the goals of deterrence, incapacitation, and rehabilitation.

### IX
### CONCLUSION

After a full analysis of the sentencing factors in this case, including the information provided in the PSR, Mr. Sebesta requests that the Court impose the following sentence and make the following recommendations:

1. A 72-month term of imprisonment.

2. Three years supervised release.

3. Restitution in an amount to be determined by the Court.

4. Imposition of a $200 special assessment.

5. Recommendation that the Bureau of Prisons ("BOP") evaluate Mr. Sebesta for participation in the BOP's 500-hour Residential Drug Abuse Program ("RDAP").

6. Recommendation that the BOP permit Mr. Sebesta to participate in any First Step Act Programs that the BOP has available.

7. The conditions of supervised release described in the sentencing Recommendation Letter filed by United States Probation on April 13, 2020.

8. That Mr. Sebesta be housed in a BOP facility that offers the RDAP program, and that the location be in the Southern California area (for instance, Terminal Island).

DATED: August 24, 2021                          Respectfully submitted,

                                                         /s/
                                                Patrick W. McLaughlin
                                                Attorney for Defendant
                                                CHARLES THOMAS SEBESTA

10

# EXHIBIT A



**CEDARS-SINAI MEDICAL CENTER.**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

## Consult Notes (continued)

**Consult - Initial signed by Louy, Charles, MD at 6/20/2016 12:49 PM (continued)**
12:49 PM

Electronically signed by Louy, Charles, MD at 6/20/2016 12:49 PM

**Consult - Initial signed by Vasiliauskas, Eric A, MD at 6/2/2016 3:57 PM**

Author: Vasiliauskas, Eric A, MD      Service: Gastroenterology      Author Type: Physician
Filed: 6/2/2016 3:57 PM              Date of Service: 6/1/2016 1:31 PM    Status: Signed
Editor: Vasiliauskas, Eric A, MD (Physician)
Related Notes: Original Note by Dezfoli, Seper, MD (Fellow) filed at 6/1/2016 10:56 PM

Inpatient Inflammatory Bowel Disease Initial Consult Note

6/1/2016

**Admit Date:** 5/23/2016; ;  LOS: 9 days

**Referring Physician: Ellis**

**Consultant Physician: Eric Vasiliauskas, MD**

**REASON FOR CONSULT:**
Evaluation of chronic diarrhea, possible Crohn's disease

**HISTORY OF PRESENT ILLNESS:**
51 year-old man with Lynch-syndrome variant (Muir-Torre syndrome), history of recto-sigmoid carcinoma s/p rectosigmoid resection with low anterior anastomosis (2000), right ileocolectomy 2015 for high-grade dysplasia (3 feet of distal ileum resected), h/o melanoma and Merckel cell carcinoma who now has chronic diarrhea. IBD is consulted for possibility of Crohn's disease.

He has failed Byetta, Questran, Creon, Xifaxan and tincture of opium. Infectious workup as been negative. Gluten free diet did not help. Trial of entecort and prednisone did not help.

Prior workup:
EGD revealed duodenitis with increased intraepithelial lymphocytes but celiac panel was negative and gluten-free diet has not helped.
Stool fat, gastrin/VIP levels, chromogranin, serotonin, 5-HIAA were all negative.
Repeat egd/colonoscopy/ileoscopy in 11/15 revealed some mild inflammation of TI, biopsies non-specific. Capsule study revealed some ulcerations in distal TI.

Surgical pathology of the 2015 resection revealed mildly active ileitis and recent retrograde DBE revealed moderate to severe active chronic ileitis with ulceration at level of anastomosis. Pathology revealed active chronic ileitis in normal appearing ileum and around anastomosis area.



Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

## Consult Notes (continued)

### Consult - Initial signed by Vasiliauskas, Eric A, MD at 6/2/2016 3:57 PM (continued)

He underwent ex-lap 5/24/16 with extensive LOA and cholecystectomy. His previous IC anastomosis was resection and a new side to side ileotransverse colon anastomosis was created. This was done for diagnostic purposes.

Has has been on TPN for last 3 months, cycles overnight. States that TPN worsens diarrhea and has nocturnal symptoms. If she does not eat and remains off TPN, his diarrhea is 75% better. Denies NSAID use.

Does not smoke.

## REVIEW OF SYSTEMS:
Pertinent positives are mentioned in the HPI. All other systems were reviewed and were negative.

## PAST MEDICAL HISTORY:
1. Muir-Torre syndrome
2. Rectosigmoid CA
3. Merckel cell carcinoma
4. Melanoma
5. Chronic diarrhea

## PAST SURGICAL HISTORY:

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Hx colectomy<br>    *colon cancer* | Right | 5/28/15 |
| • Hx colectomy<br>    *colon cancer, right hemicolectomy* | | 1998 |

## FAMILY HISTORY:
No family history of GI malignancy, IBD or liver disease.

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer<br>    *colon* | Paternal Grandfather | |
| • Cancer<br>    *endometrial* | Mother | |
| • Cancer<br>    *rectal* | Maternal Grandmother | |

## SOCIAL HISTORY:

History

Substance Use Topics



Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

**CEDARS-SINAI MEDICAL CENTER**

Consult Notes (continued)

Consult - Initial signed by Vasiliauskas, Eric A, MD at 6/2/2016  3:57 PM (continued)

Electronically signed by Vasiliauskas, Eric A, MD at 6/2/2016  3:57 PM

Consult - Initial signed by Rivera, Steve, MD at 5/26/2016  9:35 AM

| Author: Rivera, Steve, MD | Service: Surgery Urology | Author Type: Physician |
|---|---|---|
| Filed: 5/26/2016  9:35 AM | Date of Service: 5/26/2016  9:16 AM | Status: Signed |
| Editor: Rivera, Steve, MD (Physician) | | |

**Date of Service: 5/26/2016**

**Consulting Physician: Silberman**

**Reason for Consult: h/o urinary retention**

**HPI:** Charles Thomas Sebesta is a 51 year old male with a PMHx of colon ca s/p resection, celiac disease, depression, bipolar, malnutrition,

-5/24 s/p ex-lap, LOA, ileocolic resection with anastamosis and choly
-patient with epidural for pain control, and foley in place until epidural removed
-h/o SBR with resection 1 year ago with retention and "problems" that started from that point
-last seen by Dr. Leach in 2011, cysto benign, residual 81 cc
- Patient denies hematuria, dysuria, urgency, frequency, incontinence, with nocturia x3, and has a medium force of urinary stream without + hesitancy, + intermittency, + straining
-NKDA
-VSS
-WBC 11.8, Cr 0.6, PSA 0.9, UA 5/16 neg nit neg LE
-MRI 3/21- kidneys look good, no hydro, bladder looks good, some BPH

**ASSESSMENT:** Charles Thomas Sebesta is a 51 year old s/p bowel resection with h/o urinary retention

**Plan:**
-after foley removal, check post void residual with bladder scanner 6 hours after removal. If residual > than 150 and he cannot empty, replace foley. Check PVR x 3 and document on EPIC
-as soon as tolerating oral medications, start flomax 0.4 mg PO qHS  (plan to continue until evaluated by Dr. Leach)
-f/u with Dr. Leach a couple of days after discharge
-call with questions

**Steve Rivera**
**Female urology fellow**
**Text/call: 818 277 4917**

Electronically signed by Rivera, Steve, MD at 5/26/2016  9:35 AM



**CEDARS-SINAI MEDICAL CENTER**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

## Consult Notes (continued)

**Consult - Initial signed by Ellis, Jonathan C, MD at 5/25/2016 5:38 PM (continued)**

Assessment:

Complicated issue of hereditary cancer syndrome with possible steroid-resistant IBD. Hoping to clarify this dx as much as possible, r/o other anastamotic issues. If appears to be IBD we feel that anti-TNF Rx is too risky. Entyvio presents an option due to local activity in gut, but long-term safety is not clear, particularly in this setting. Other Rx could include those mentioned, Thalidomide, etc.. We have tried all other available therapies (excluding immunosuppressives such as Mtx, 6MP). If he does have IBD, his degree of sx is not explainable based on perianastamotic dz alone, but he has had microscopic evidence of more proximal involvement including the resected specimens in the past, and the duodenal bx for which the increased IEL's and villous blunting could be reflective of Crohn's rather than Celiac. We have exhausted possible Rx of Celiac, as well.

Plan: Await path, observe response to surgery, if remains TPN dependent, rediscuss Entyvio vs Thalidomide.

Jonathan C. Ellis, M.D.

Electronically signed by Ellis, Jonathan C, MD at 5/25/2016 5:38 PM

**Consult - Initial signed by Levine, Michael Marvin, MD at 5/23/2016 4:11 PM**

Author: Levine, Michael Marvin, MD    Service: Nephrology         Author Type: Physician
Filed: 5/23/2016 4:11 PM              Date of Service: 5/23/2016 3:48 PM   Status: Addendum
Editor: Levine, Michael Marvin, MD (Physician)
Related Notes: Original Note by Levine, Michael Marvin, MD (Physician) filed at 5/23/2016 4:03 PM

**TOWER NEPHROLOGY MEDICAL GROUP**
8635 W. THIRD STREET, SUITE 485W
LOS ANGELES, CALIFORNIA 90048
(310) 652-9162

Joel D. Mittleman, MD                              Sousan Karimi, MD
Stephen Graham, MD                                Shrinath Barathan, MD
Michael M. Levine, MD, FACP                      Alan D. Dauer, MD, FACP
Glory Tseng, DO

Referring Physician: Allan W Silberman, MD
Reason for Consultation: tpn

## PATIENT IDENTIFICATION:

**Charles Thomas Sebesta**
MRN: 000717003
DOB: 1/2/1965
Admit date: 5/23/2016



**CEDARS-SINAI MEDICAL CENTER.**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

## Consult Notes

**Consult - Initial signed by Louy, Charles, MD at 6/20/2016 12:49 PM**

| | | |
|---|---|---|
| Author: Louy, Charles, MD | Service: Pain Medicine | Author Type: Physician |
| Filed: 6/20/2016 12:49 PM | Date of Service: 5/24/2016 4:53 PM | Status: Signed |
| Editor: Louy, Charles, MD (Physician) | | |
| Related Notes: Original Note by Kan, Caroline G, MD (Resident) filed at 5/24/2016 5:02 PM | | |

### Anesthesia Inpatient Pain Service Consult Note (ext 3-5870)

Patient Charles Thomas Sebesta  Referred by Dr. Silberman for chief complaint of post-operative pain control.

**HPI:** The patient Charles Thomas Sebesta is a 51 year old male with admitting diagnosis of lynch syndrome.

51M with history of probable crohn's disease, now s/p ex lap, LOA, ileocolic resection with primary side to side anastomosis, cholecystectomy 5/24. A T10-11 epidural was placed pre-operatively for post op pain control. Patient seen in PACU. Appeared comfortable. When asked to describe his pain, pt said that pain was not an issue and that he is a "big boy". Percocet noted as a home medication. When asked how much percocet he was taking at home, patient responded "I have no interest in percocet".

**Assessment:** The patient Charles Thomas Sebesta is a 51 year old male with admitting diagnosis of lynch syndrome with the following diagnosis
1. Probably crohn's, now s/p ex lap, LOA, ileocolic resection with primary side to side anastomosis, cholecystectomy 5/24
2. T10-11 epidural placed 5/24

**Plan:** We propose the following diagnostic, treatment and management plan:
Counseling: The mechanism and and putative source of the pain discussed with the patient.
1. Fent/bupiv epidural, rate of 4
2. Narcan gtt at 9 cc/hr for SE ppx

**Allergies:** No Known Allergies

**Past Medical History:** Patient  has a past medical history of History of cancer; Depression; Celiac disease/sprue; Muir-Torre syndrome; Bipolar disorder (HCC); Intestinal motility disorder (1/15/2016); Inflammatory bowel disease (1/15/2016); Ileitis (1/15/2016); Protein calorie malnutrition (HCC) (1/15/2016); History of blood transfusion; and Post-operative nausea and vomiting.
**Past Family History:** Non-contributory
**Past Surgical History:** Patient  has past surgical history that includes colectomy (Right, 5/28/15) and colectomy (1998).
**Social History:**
**History**

| Social History | |
|---|---|
| • Marital Status: | Married |
| Spouse Name: | N/A |
| Number of Children: | N/A |
| • Years of Education: | N/A |

| Occupational History |
|---|
| • Not on file. |

| Social History Main Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |
| • Drug Use: | No |

This report was printed by the Health Information Dept, please call (310) 423-3313 with any questions. Page 159



**CEDARS-SINAI MEDICAL CENTER**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

## Consult Notes (continued)

**Consult - Initial signed by Ellis, Jonathan C, MD at 5/25/2016 5:38 PM**

| | | |
|---|---|---|
| Author: Ellis, Jonathan C, MD | Service: Gastroenterology | Author Type: Physician |
| Filed: 5/25/2016 5:38 PM | Date of Service: 5/25/2016 5:20 PM | Status: Signed |
| Editor: Ellis, Jonathan C, MD (Physician) | | |

GI

51 y.o. With Muir Torre (Lynch variant) syndrome admitted for bowel resection/exploration.
The patient is 2 days post-op, doing well.
Has h/o colon CA 16 years ago, Rx with sigmoid colon resection. In interim has had sebaceous adenoma, also Merkel Cell carcinoma and Melanoma; dx of Muir-Torre made. He has had one gastric adenoma, was found to have severely dysplastic right colon lesion, removed with polypectomy over a year ago. Ultimately was advised to have colonic resection due to other lesions present, elected to proceed with limited resection which was ileo-extended right hemicolectomy in 5/15. He was well for a few weeks at home, developed progressive diarrhea, vomiting. W/u revealed duodenitis with increased IEL ? Celiac, as well as mild non-specific ileitis which had been found in resected specimen and was present to lesser degree on biopsies of the ileum years ago. Initial imaging was (-), and extensive w/u for diarrhea including stool fat, gastrin/VIP/PP levels, chromogranin, serotonin, 5-HIAA were all negative. Celiac panel was (-) though he carried risk alleles on genetic testing. He tried, and remains on GFD, tried cholestyramine, Imodium Lomotil, Tincture of Opium, Viberzi, Byetta, Xifaxan, Flagyl, bowel rest, all with no response. He lost 40 lbs, was started on TPN. Repeat egd/colonoscopy/ileoscopy in 11/15 revealed some mild inflammation of TI, biopsies non-specific. IBD panel (-), trial of Prednisone ineffective. Entocort EC not effective, though he has remained on this. Capsule study revealed some ulcerations in distal TI, again, ?? Crohn's. CTE and UGI/SBS were done, again basically repeating some w/u, with CTE raising ? Of slightly thickened folds in neo-TI, barium study negative. I requested double balloon, performed by Simon Lo, which revealed ulcerations of TI, ? Crohn's vs other perianastomotic process. After multiple discussions including a group meeting with MD's and patient/wife, the decision was to proceed with surgery. Obviously empiric Rx of Crohn's has substantial risk due to his already-present h/o malignancies, particularly the melanoma and Merkel cell the incidence of which can be increased with anti-TNF drugs.
We did discuss alternatives of Entyvio, Thalidomide, Revlimid. The patient wished to proceed with surgery in hopes of more definitive dx, excluding other malignancies, hope of some change with revision of anastamosis.

PAST MEDICAL HISTORY: Surgery as noted above. Fractures: None. There is no history of diabetes, hypertension, heart disease, lung disease or severe infectious disease.

MEDICATIONS:
1. Questran.
2. Byetta.
3. K-Dur.
4. Zofran.
5. Sonata.
6. Protonix.
7. Lomotil.
8. Percocet.
9. Cholestyramine.
10. Abilify.

PE pleasant male, NAD, mildly sedated  Abd soft, mildly tympanic, minimally tender, BS (+), Chest clear.



**CEDARS-SINAI MEDICAL CENTER.**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

## Operative & Procedure Notes (continued)

### Operative Report signed by Silberman, Allan W, MD at 5/26/2016 1:00 PM (continued)

cc: Gregory P. Sarna, M.D.
Robert Huizenga, M.D.
Jonathan C. Ellis, M.D.
Michael M. Levine, M.D.

### Operative Report signed by Silberman, Allan W, MD at 5/26/2016 12:30 PM

| | | |
|---|---|---|
| Author: Silberman, Allan W, MD | Service: Surgery Oncology | Author Type: Physician |
| Filed: 5/26/2016 12:30 PM | Date of Service: 5/26/2016 11:33 AM | Status: Signed |
| Editor: Silberman, Allan W, MD (Physician) | | |

PATIENT:    SEBESTA, CHARLES THOMAS
MED REC:    000717003
CEDARS-SINAI MEDICAL CENTER    DICTATOR:   ALLAN W. SILBERMAN, M.D.

OPERATION REPORT

DATE OF OPERATION:  05/24/2016

PREOPERATIVE DIAGNOSIS:  Venous access/Muir-Torre syndrome (Lynch syndrome variant).

POSTOPERATIVE DIAGNOSIS:  Venous access/Muir-Torre syndrome (Lynch syndrome variant).

OPERATION(S) PERFORMED:  Percutaneous placement of quadruple lumen catheter via right subclavian vein.

SURGEON:  Allan W. Silberman, M.D.

ANESTHESIOLOGIST:  Manxu Zhao, M.D.

ANESTHESIA:  General endotracheal anesthesia.

INDICATIONS:  The patient is a 51-year-old white male who is about to undergo exploratory laparotomy.  I was asked by the anesthesiologist to insert a central catheter.

OPERATIVE PROCEDURE:  Under adequate general endotracheal anesthesia, the



## CEDARS-SINAI MEDICAL CENTER.

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

### Operative & Procedure Notes (continued)

**Operative Report signed by Silberman, Allan W, MD at 5/26/2016 12:30 PM  (continued)**

patient was prepped with Betadine and draped in the usual fashion.  An 18-
gauge needle was passed into the right subclavian vein with good backflow
of blood.  Through the needle was passed a guidewire into the central
venous system.  A dilator was then placed over the guidewire and removed.
Next, a quadruple lumen catheter was placed over the guidewire and as the
quadruple lumen catheter was advanced, the guidewire was removed.  There
was good backflow of blood through all 4 lumens.  All 4 lumens were
irrigated with heparinized saline.  The catheter was sutured in place with
2 sutures of 3-0 Ethilon.  The  patient tolerated the procedure well and
was then prepared for laparotomy.


ALLAN W. SILBERMAN, M.D.

AWS/MEDQ/700565729  D:  05/26/2016  T:  05/26/2016  JOB#:  308368


### Discharge Summary Notes

**Discharge Summary signed by Barmparas, Galinos, MD at 6/2/2016 12:39 PM**

| | | |
|---|---|---|
| Author: Barmparas, Galinos, MD | Service: Surgery Oncology | Author Type: Resident |
| Filed: 6/2/2016 12:39 PM | Date of Service: 6/2/2016 12:12 PM | Status: Signed |
| Editor: Barmparas, Galinos, MD (Resident) | | Cosigner: Silberman, Allan W, MD at 6/2/2016  1:47 PM |

#### Physician Discharge Summary

**Admit Date:** 5/23/2016

**Discharge Date:** 6/2/2016

**Attending Physician:** No att. providers found

**Hospital Course:** The patient is a 51-year-old white male s/p rectosigmoid colectomy with a low anterior
anastomosis in 1999 for a T2N0 adenocarcinoma. Subsequent to that, the patient was diagnosed with Muir-
Torre syndrome which is a variant of the Lynch syndrome.
In May of 2015 he underwent a right hemicolectomy including 3 feet of distal ileum for a high-grade dysplasia
involving a polyp in the ascending colon, although pathology was negative for malignancy. Since that time, the
patient has had chronic diarrhea associated with intermittent abdominal distention, nausea and vomiting. He
remained on TPN with a very poor quality of life.  A conference was held with the patient and his physicians
including Drs. Huizenga, Ellis, Sarna and Dr. Silberman, and it was determined that surgical intervention with
resection of the previous anastomosis and revision, mostly for diagnostic purposes, was the most appropriate
course of action. Patient underwent an exploratory laparotomy with extensive lysis of adhesions and



**CEDARS-SINAI MEDICAL CENTER.**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

## Discharge Summary Notes (continued)

**Discharge Summary signed by Barmparas, Galinos, MD at 6/2/2016 12:39 PM (continued)**

cholecystectomy, and resection of the previous ileocolic anastomosis with reconstruction by side-to-side ileotransverse anastomosis on 5/24/2016. Patient tolerated the procedure well and was transferred from the PACU to the floor with no complications.  The post-operative course was uneventful and without any significant complications except for nausea and episodes of diarrhea.  Abdomen remained soft with incisions clean, dry, and intact. Diet was advanced in a stepwise fashion to soft diet and tolerated without nausea or vomiting. Pain was well controlled and transitioned to oral pain medications, and was able to ambulate without difficulty. Patient was deemed safe and stable for discharge home on 6/2/2016.

**Consults**: GI, nephrology, hematology/oncology and pain service

**Discharged Condition**: good

**Disposition**: Home

**Patient Instructions**: Patient was told to call a physician or go to the ER with persistent elevated temperatures, intractible pain, severe nausea, vomiting, or signs of infection, swelling, or bleeding at the incision site, or for any other concerning symptoms.


### Discharge Medication List

**STOP taking these medications**

**ABILIFY 10 mg oral tablet**
Generic drug:  ARIPiprazole

**BD INSULIN PEN NEEDLE UF SHORT 31 gauge x 5/16" needle**
Generic drug:  insulin needle

**diphenoxylate-atropine 2.5-0.025 mg oral tablet**
Commonly known as:  LOMOTIL

**K-DUR PO**

**LOMOTIL PO**

**oxyCODONE-acetaminophen 5-325 mg oral tablet**
Commonly known as:  PERCOCET

**potassium chloride 20 mEq SR compressed tablet**
Commonly known as:  K-DUR, KLOR-CON

**XIFAXAN 200 mg oral tablet**
Generic drug:  rifaximin

**zaleplon 10 mg capsule**
Commonly known as:  SONATA


**TAKE these medications**

**BYETTA 10 mcg/dose(250 mcg/mL) 2.4 mL penject**
Generic drug:  Exenatide
INJECT 10 MCG UNDER THE SKIN TWICE DAILY

**cholestryaminne-sucrose 4 gram oral packet**



**CEDARS-SINAI MEDICAL CENTER.**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

**Operative & Procedure Notes**

**Operative Report signed by Silberman, Allan W, MD at 5/26/2016 1:00 PM**

| Author: Silberman, Allan W, MD | Service: Surgery Oncology | Author Type: Physician |
|---|---|---|
| Filed: 5/26/2016 1:00 PM | Date of Service: 5/26/2016 11:24 AM | Status: Signed |
| Editor: Silberman, Allan W, MD (Physician) | | |

```
     PATIENT:     SEBESTA, CHARLES THOMAS
     MED REC:     000717003
CEDARS-SINAI MEDICAL CENTER    DICTATOR:   ALLAN W. SILBERMAN, M.D.


OPERATION REPORT

DATE OF OPERATION:  05/24/2016

PREOPERATIVE DIAGNOSIS:
1. Chronic diarrhea associated with abdominal distention and abdominal
pain;    possible Crohn's disease.
2. History of Muir-Torre syndrome (Lynch syndrome variant).
3. History of rectosigmoid carcinoma.
4. Cholelithiasis.

POSTOPERATIVE DIAGNOSIS:
1. Chronic diarrhea associated with abdominal distention and abdominal
pain;    possible Crohn's disease.
2. History of Muir-Torre syndrome (Lynch syndrome variant).
3. History of rectosigmoid carcinoma.
4. Cholelithiasis.

OPERATION(S) PERFORMED:
1. Exploratory laparotomy with extensive lysis of small bowel adhesions and
cholecystectomy.
2. Resection of previous ileocolic anastomosis with reconstruction by
side-to-side ileotransverse anastomosis.

SURGEON:  Allan W. Silberman, M.D.

ASSISTANT: Galinos Barmparas, M.D.

ANESTHESIOLOGIST:  Manxu Zhao, M.D.

ANESTHESIA:  General endotracheal anesthesia.

INDICATIONS:  The patient is a 51-year-old white male whom I initially met
```



**CEDARS-SINAI MEDICAL CENTER.**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

## Operative & Procedure Notes (continued)

### Operative Report signed by Silberman, Allan W, MD at 5/26/2016 1:00 PM (continued)

in January of 1999 when he was diagnosed with a rectosigmoid carcinoma. At
that time, he underwent a rectosigmoid colectomy with a low anterior
anastomosis. The pathology revealed a 3.2 cm lesion with 16 negative nodes.
An appendectomy was also performed at that time. No adjuvant therapy was
given. Subsequent to that, the patient was diagnosed with Muir-Torre
syndrome, which is a variant of the Lynch syndrome. In May of 2015, the
patient was noted to have high-grade dysplasia involving a polyp in the
ascending colon. At that time, he underwent a right hemicolectomy,
including 3 feet of distal small bowel. The pathology revealed no
malignancy; however, there was lymphoid hyperplasia with mild active
ileitis noted. Since that time, the patient has had chronic diarrhea
associated with intermittent abdominal distention, nausea and vomiting.
The diarrhea has not been able to be controlled with multiple different
agents, including Imodium, Lomotil, Byetta, Questran, Creon, tincture of
opium and antibiotics. An upper GI study on October 29, 2015, noted that
the patient was extremely tender just proximal to the anastomosis during
the procedure. An MRI scan on March 21, 2016, showed significant
distention of the stomach with little contrast making its way into the
distal bowel, raising a suspicion for component of gastroparesis or gastric
outlet dysfunction. In addition, prominent mesenteric nodes were noted. A
repeat upper GI study on April 20th showed no obvious small-bowel
pathology. On May 9, 2016, the patient underwent a retrograde double-
balloon enteroscopic study, and this revealed moderately to severely active
chronic ileitis with ulceration at the level of the anastomosis. There
were no granulomas noted; however, the possibility of Crohn's disease was
raised. Consideration of immunotherapy for possible Crohn's disease has
been contemplated; however, given his history of Lynch syndrome and past
history of colon cancer, the risk of another malignancy was considered
high. As a result, the patient will now be brought to the operating room
for resection of the previous ileocolic anastomosis in order to better
ascertain the diagnosis. The patient is aware that the operation will most
likely not improve his symptoms, and that the main reason for the operation
is diagnostic.

OPERATIVE FINDINGS: The small bowel was not dilated in any way; however,
there were multiple kinks in the small bowel due to adhesive disease. There
was no creeping fat noted. The liver was entirely normal. There was
thickening of the transverse mesocolon in the area of the ileocolic
anastomosis. After resecting the ileocolic anastomosis, the specimen was
sent for frozen section. A lymph node within the thickened mesentery was
negative for malignancy or granulomas. The patient had approximately 14
feet of small bowel at the conclusion of the procedure with the jejunum



Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

**CEDARS-SINAI MEDICAL CENTER.**

### Operative & Procedure Notes (continued)

**Operative Report signed by Silberman, Allan W, MD at 5/26/2016 1:00 PM (continued)**

being entirely normal.  In addition, the patient had approximately 40% to 50% of his colon remaining from the area of the anastomosis down to the rectum.  The pelvis was completely free of disease and adhesions.

OPERATIVE PROCEDURE:  Under adequate general endotracheal anesthesia, the patient was prepped with Betadine and draped in the usual fashion.  The previous midline incision and scar was excised down through the skin and subcutaneous tissue.  Old fascial Prolene sutures were removed, the peritoneum incised, and the peritoneal cavity entered.  At this point, the above findings were noted.  A small bowel adhesiolysis was then carried out, freeing  up the entire small bowel from the ligament of Treitz over to the ileocolic anastomosis.  The mesentery under the anastomosis was markedly thickened.  The transverse colon distal to the anastomosis was then transected with the GIA stapling device.  The ileum proximal to the anastomosis was similarly transected with the GIA stapling device.  The thickened mesentery was then incised and clamped and ligated with 2-0 silk and the ileocolic specimen removed.  A frozen section on a lymph node within the thickened mesentery was negative for malignancy and also negative for granulomatous disease.
Because imaging studies revealed cholelithiasis, a cholecystectomy was then performed.  This was done from above downward by incising the peritoneum overlying the gallbladder and dissecting it down towards the cystic duct, which was clamped and ligated with 2-0 silk, and the gallbladder removed.  The abdomen was then irrigated quadrant by quadrant with warm saline solution and hemostasis checked for.  A side-to-side ileal to distal transverse  colon anastomosis was then performed in 2 layers utilizing a running stitch of 3-0 chromic catgut for the inner layer and interrupted 4-0 silk for the seromuscular layer.  The rent in the mesentery was closed with a running stitch of 3-0 chromic catgut.  At this point, the abdomen was closed utilizing interrupted #1 Prolene for the fascia, a running stitch of 4-0 Monocryl for the subcuticular layer, and Steri-Strips for the skin.  Estimated  blood loss during the case was minimal.  The patient tolerated the procedure well and was returned to the recovery room in satisfactory condition.

ALLAN W. SILBERMAN, M.D.

AWS/MEDQ/700568456  D:  05/26/2016  T:  05/26/2016  JOB#:  308378



**CEDARS-SINAI MEDICAL CENTER**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

## H&P Notes

**H&P signed by Silberman, Allan W, MD at 5/23/2016 4:24 PM**

| | | |
|---|---|---|
| Author: Silberman, Allan W, MD | Service: Surgery Oncology | Author Type: Physician |
| Filed: 5/23/2016 4:24 PM | Date of Service: 5/23/2016 2:13 PM | Status: Signed |
| Editor: Silberman, Allan W, MD (Physician) | | |

```
     PATIENT:    SEBESTA, CHARLES THOMAS
     MED REC:    000717003
CEDARS-SINAI MEDICAL CENTER   DICTATOR:  ALLAN W. SILBERMAN, M.D.


SURGICAL ONCOLOGY CONSULTATION/
PREOPERATIVE HISTORY AND PHYSICAL EXAMINATION
DATE OF ADMISSION:  05/23/2016

CHIEF COMPLAINT:
1. Chronic diarrhea associated with abdominal distention and abdominal
pain. 2. Possible Crohn's disease.
3. History of Muir-Torre syndrome (Lynch variant)
4. History of rectosigmoid carcinoma.

HISTORY OF PRESENT ILLNESS:  Please see my dictation from May 27, 2015.
The patient is a 51-year-old white male whomm I initially met in January of
1999 when he was diagnosed with a rectosigmoid carcinoma.  At that time, he
underwent a rectosigmoid colectomy with a low anterior anastomosis.  The
pathology revealed a 3.2 cm lesion with 16 negative nodes (T2N0).  An
appendectomy was also done at that time.  No adjuvant therapy was given.
Subsequent to that, the patient was diagnosed with Muir-Torre syndrome
which is a variant of the Lynch syndrome.  The patient has had multiple
skin lesions revealing sebaceous adenoma which is consistent with Muir-
Torre syndrome.
In May of 2015, the patient was noted to have high-grade dysplasia
involving a polyp in the ascending colon.  At that time, he underwent a
right hemicolectomy including 3 feet of distal ileum.  The pathology
revealed no malignancy; however, there was lymphoid hyperplasia with mild
active ileitis.  Since that time, the patient has had chronic diarrhea
associated with intermittent abdominal distention, nausea and vomiting.
The diarrhea has not  been able to be controlled with multiple different
agents including Imodium, Lomotil, Byetta, Questran, Creon, tincture of
opium and antibiotics. An upper GI study on October 29, 2015, noted that
the patient was extremely tender just proximal to the anastomosis during
the procedure.  An MRI scan on March 21, 2016, showed significant
distention of the stomach with little contrast making its way into the
```



Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

**CEDARS-SINAI MEDICAL CENTER.**

## H&P Notes (continued)

### H&P signed by Silberman, Allan W, MD at 5/23/2016 4:24 PM (continued)

distal bowel raising a suspicion for a component of gastroparesis or
gastric outlet dysfunction. In addition, prominent mesenteric nodes were
noted. A repeat upper GI on April 20, 2016, showed no obvious small bowel
pathology. There was some very subtle fold thickening for 3 to 4 cm
proximal to the ileocolonic anastomosis. On May 9, 2016, the patient
underwent a retrograde double-balloon enteroscopy, and this revealed
moderately to severely active chronic ileitis with ulceration at the level
of the anastomosis. There were no granulomas noted; however, the
possibility of Crohn's disease was raised.

Currently the patient's remains on TPN with a very poor quality of life.
The concern about starting immunotherapy for the possibility of Crohn's
disease is complicated by the Lynch syndrome and past history of colon
cancer. Consequently the patient is now being admitted for exploration to
try and ascertain the exact diagnosis. This will mostly entail resecting
the previous ileocolonic anastomosis. The patient is aware that the
operation will most likely not improve his symptoms, but the main reason
for the operation is diagnostic. A conference was had last week with the
patient and his physicians including Drs. Huizenga, Ellis, Sarna and
myself, and the patient is highly motivated to proceed with surgery.

PAST MEDICAL HISTORY: Surgery as noted above. Fractures: None. There is
no history of diabetes, hypertension, heart disease, lung disease or severe
infectious disease.

MEDICATIONS:
1.   Questran.
2.   Byetta.
3.   K-Dur.
4.   Zofran.
5.   Sonata.
6.   Protonix.
7.   Lomotil.
8.   Percocet.
9.   Cholestyramine.
10.  Abilify.

ALLERGIES: None.

FAMILY HISTORY: Please see my previous consultation.

SOCIAL HISTORY: Please see my previous consultation.



**CEDARS-SINAI MEDICAL CENTER**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/23/2016, D/C: 6/2/2016

**H&P Notes (continued)**

**H&P signed by Silberman, Allan W, MD at 5/23/2016  4:24 PM  (continued)**

REVIEW OF SYSTEMS:
CARDIORESPIRATORY:  There is no shortness of breath or chest pain.
GASTROINTESTINAL:  See HPI.
GENITOURINARY:  The patient does have some difficulty urinating.  He has
been on Flomax in the past.
EXTREMITIES:  Negative.

PHYSICAL EXAMINATION:
GENERAL:  The patient is a pleasant white male in no acute distress.
HEENT:  There is no cervical or supraclavicular adenopathy noted.  There is
no scleral icterus noted.
CHEST:  Clear to auscultation and percussion.  There is a Port-A-Cath
located on the left anterior chest wall.
CARDIAC:  S1, S2 within normal limits.  There is no murmur or gallop noted.
Pulses equal and regular bilaterally.  There were palpable pedal pulses
present.
LYMPH NODES:  There were no suspicious nodes noted in the neck, axilla, or
groin.
ABDOMEN:  No masses were noted.  There was no hepatosplenomegaly noted.
There is a well-healed midline incision.
RECTAL:  No masses were noted.  Stool guaiac was negative.
EXTREMITIES:  No cyanosis, clubbing or edema were noted.  There were
palpable pedal pulses present.

ASSESSMENT:
1. Possible Crohn's disease.
2. History of Muir-Torre syndrome (Lynch variant).
3. Status post rectosigmoid colectomy for T2N0 rectosigmoid carcinoma.

DISCUSSION AND PLAN:  The patient will be explored tomorrow and undergo
resection of the ileocolonic anastomosis. A cholecystectomy may also be
performed given the cholelithiasis seen on imaging.

_____

ALLAN W. SILBERMAN, M.D.

AWS/MEDQ/700161996  D:  05/23/2016  T:  05/23/2016  JOB#:  301561

cc:  Gregory P. Sarna, M.D.
     Jonathan C. Ellis, M.D.

This report was printed by the Health Information Dept, please call (310) 423-3313 with any questions. Page 149



**CEDARS-SINAI MEDICAL CENTER**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Visit date: 5/16/2016

**Consult Notes**

**Consults signed by Sarna, Gregory P, MD at 5/18/2016 10:11 AM**

| Author: Sarna, Gregory P, MD | Service: Hematology & Oncology | Author Type: Physician |
|---|---|---|
| Filed: 5/18/2016 10:11 AM | Creation Time: 5/18/2016 9:57 AM | Status: Signed |
| Editor: Sarna, Gregory P, MD (Physician) | | |

```
           THE CEDARS-SINAI
        OUTPATIENT CANCER CENTER
                                    NAME:  SEBESTA, CHARLES
                                    MR#:   000717003
                                    DOB:   01/02/1965
                                    DATE:
                                    PHYS:  Gregory P. Sarna, MD
              CONSULTATION
```

CONSULTATION

DATE OF CONSULTATION:


IDENTIFICATION

The patient is a 51-year-old male who comes for a consultation regarding the risk of TNF inhibitors or the like as treatment for his severe Crohn disease. He has the background of Muir-Torre syndrome (a variant of Lynch syndrome/hereditary nonpolyposis colorectal cancer syndrome).

HISTORY OF PRESENT ILLNESS

The patient's history dates back to 1999 when he was 34 years old, and he was worked up for bright red blood per rectum. He was found to have a rectosigmoid polyp with a stage I cancer as part of the polyp. The polyp was
a villous adenoma with an infiltrating well-differentiated adenocarcinoma. The adenoma was 3.2 cm in size. The tumor was extending to the muscularis and T2. Sixty lymph nodes were negative, and there was no involvement of pararectal fat. The patient had T2N0M0, stage I, adenocarcinoma of the rectosigmoid area. No adjuvant therapy was given, and he has had no recurrence and is presumably cured. The patient's family history at that time indicated that his mother was alive with endometrial cancer at age 72, but there were no other malignancies in the family. The patient had no siblings. The patient likely at that time had some bowel disorder with diarrhea which was mild. Over the years,



**CEDARS-SINAI MEDICAL CENTER.**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Visit date: 5/16/2016

## Consult Notes (continued)

### Consults signed by Sarna, Gregory P, MD at 5/18/2016 10:11 AM  (continued)

This problem has become more severe.  The patient has developed
multiple skin lesions,  and biopsies have shown sebaceous adenomas by
his lip and by his abdomen, melanoma under his nose treated with Mohs
and radiation, and melanoma on his calf as well as a Merkel cell tumor
on his abdominal wall. None of these tumors was
sufficiently advanced for lymph node dissection, radiation, or other
adjuvant
therapy. The patient was thought, given his age and the
presence of sebaceous neoplasms, to have Muir-Torre syndrome. He was
found to have a significant family history with further investigation.
His maternal grandmother had rectal cancer in her late 40s and maternal
great-grandmother had rectal cancer in her 30s. A paternal grandfather
had colon cancer at age 73, and of 12 children of the maternal
grandmother, 5 had GI tumors before age 50 (some of them before age
30). Also, they apparently had multiple skin lesions. The patient went on
to have testing via the COLARIS test through Myriad in October 2010
which found a mismatched repair deleterious mutation of MSH2 with
duplication of exon 3-6. The patient has had recent resection of right-
sided colon due to severe atypia found at colonoscopy. He has not had a 2nd
colonic malignancy. He has had progressive diarrhea, weight loss, and
malabsorption. The malabsorption has not responded to steroids or
pancreatic enzymes. He has been taking Lomotil, Imodium, and other
issues without control. He requires TPN and has lost 40 pounds of
weight. Endoscopic biopsies have shown changes of ileitis consistent with
Crohn disease. The
patient now comes for opinion regarding the safety of TNF inhibitors or
the like as treatment for his inflammatory bowel disorder.


PAST MEDICAL HISTORY

ALLERGIES:  None.
MEDICINES:  Questran, Byetta, potassium, Zofran, Sonata, Protonix,
Lomotil, rifaximin, and Abilify.
HOSPITALIZATIONS/OPERATIONS:  See above.


REVIEW OF SYSTEMS

HEAD/EYES/EARS/NOSE/THROAT:  Negative other than cutaneous lesions.
PULMONARY:  No history of current respiratory symptoms. Past history of
pneumonia.
CARDIAC:  No history of chest pain, heart attack, heart failure,
palpitations.



Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Visit date: 5/16/2016

**CEDARS-SINAI MEDICAL CENTER.**

## Consult Notes (continued)

### Consults signed by Sarna, Gregory P, MD at 5/18/2016 10:11 AM (continued)

GASTROINTESTINAL:  See above. No history of liver disease although
gallstones noted on imaging. No history of hepatitis. The patient has
chronic low-grade abdominal pain worsening with diarrhea. He has had
some emesis and history of bowel obstruction. He has some emesis in the
past, and it is hard for him to eat large volumes. He has had upper GI
and MRI which showed perhaps gastroparesis but no obstruction. He had a
history of bowel obstruction in the past.
GENITOURINARY:  Negative.
ENDOCRINE:  Negative.

FAMILY HISTORY

There is no family history of Crohn's. In addition, the family history
of malignancies above. Mother may have had melanoma or Merkel cell tumor
as well.

PHYSICAL EXAMINATION

GENERAL:  The patient appears well.
VITAL SIGNS:  Afebrile.
LYMPH NODES:  There is no adenopathy in supraclavicular, cervical,
axillary, inguinal, or femoral sites.
LUNGS:  Clear to percussion and auscultation.
CARDIAC:  Exam is benign.
ABDOMEN:  Exam is benign. There are no suspicious cutaneous lesions
noted at this time. Shows mild tenderness diffusely but no organomegaly,
mass, or ascites.
EXTREMITIES:  Intact.

IMPRESSION

The patient has well-established diagnosis of Muir-Torre syndrome given
the COLARIS test and his personal history and his family history. There
seems to be no question about the diagnosis. He also has inflammatory
bowel disease which appears to be an unrelated problem. I am unaware of
any study that directly applies to him in terms of the risks of using TNF
inhibitors in patients with Lynch syndrome. It is clear, however, that at
least
anecdotally there are cases of melanoma in people with Lynch syndrome
and reports of cases of melanoma occurring with increased incidence in
people on
TNF inhibitors. Additionally regarding melanoma, one would expect TNF



Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Visit date: 5/16/2016

**CEDARS-SINAI MEDICAL CENTER**

**Consult Notes (continued)**

**Consults signed by Sarna, Gregory P, MD at 5/18/2016 10:11 AM (continued)**

inhibitors may be relevant to control melanoma in the sense that
checkpoint inhibitors are therapeutically useful. It should also be
noted that checkpoint inhibitors are therapeutically useful in
colorectal carcinoma with a mismatch repair deficiency as would be
relevant to Mr. Sebesta. Also, while lymphoma (a clear risk with TNF
inhibitors) is not a normal part of Lynch syndrome,
it has been reported with increased risk in BRCA patients and anecdotally
in a patient with Muir Torre.

There are no clear data showing the risk of new
malignancy in population with either Lynch syndrome or Muir-Torre
Syndrome treated with TNF inhibitors. Such patients have generally not been
given this drug because
of concerns over such a risk. I have discussed with the patient that the
risk of cancer and the risk of cancer which cannot be surgically cured
is undefined but presumably increased. I have suggested that I would not
be comfortable with him on TNF inhibitors if there are other options
that are reasonable. The patient will be having surgery to try to
control an inflamed bowel and likely will wait and see whether helps his
overall status. At this point, he is reluctant to take the presumed
increased risk of malignancies with TNF inhibitors or the like. I have
answered multiple questions posed by the patient and his wife and spent
a good deal of time discussing Lynch syndrome, Muir-Torre syndrome, TNF
inhibitors, and the increased risk of malignancy.


Gregory P. Sarna, MD

Medical Oncologist

GPS/STS/HY #: 699347195 D: 05/16/2016 T: 05/17/2016 Job#: 2081

cc:    Jonathan C. Ellis, M.D.

       Allan W. Silberman, M.D.

       Robert Huizenga, M.D.


8700 BEVERLY BOULEVARD, LOS ANGELES, CALIFORNIA 90048 (310) 423-8030



**CEDARS-SINAI MEDICAL CENTER**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 2/2/2016, D/C: 2/2/2016

**Operative & Procedure Notes**

**Operative Report signed by Silberman, Allan W, MD at 2/4/2016 11:42 AM**

| | | |
|---|---|---|
| Author: Silberman, Allan W, MD | Service: Surgery Oncology | Author Type: Physician |
| Filed: 2/4/2016 11:42 AM | Date of Service: 2/4/2016 8:38 AM | Status: Signed |
| Editor: Silberman, Allan W, MD (Physician) | | |

```
     PATIENT:      SEBESTA, CHARLES THOMAS
     MED REC:      000717003
CEDARS-SINAI MEDICAL CENTER   DICTATOR:  ALLAN W. SILBERMAN, M.D.


OPERATION REPORT

DATE OF OPERATION:  02/02/2016

PREOPERATIVE DIAGNOSIS:  Venous access/protein calorie malnutrition
secondary to celiac sprue disease, Lynch syndrome, and chronic diarrhea.

POSTOPERATIVE DIAGNOSIS:  Venous access/protein calorie malnutrition
secondary to celiac sprue disease, Lynch syndrome, and chronic diarrhea.

OPERATION(S) PERFORMED:
1. Percutaneous placement of subcutaneous Bard Port-A-Cath via left
subclavian vein.
2. Intraoperative fluoroscopy.

SURGEON:  Allan W. Silberman, M.D.

ANESTHESIOLOGIST:  Nirmala Thejomurthy, M.D.

ANESTHESIA:  General laryngeal anesthesia.

INDICATIONS:  The patient is a 51-year-old white male with a history of
both Lynch syndrome and Celiac Sprue disease who has had chronic diarrhea
over the last several months resulting in protein calorie malnutrition.  As
a result, he will be started on total parental nutrition. The patient is
now brought to surgery for insertion of a Port-A-Cath for venous access.

OPERATIVE FINDINGS:  The postoperative chest x-ray revealed the catheter in
the superior vena cava without evidence for pneumothorax.

OPERATIVE PROCEDURE:  Under adequate general laryngeal anesthesia, the
patient was prepped with Betadine and draped in the usual fashion.  The
appropriate areas were infiltrated with 1% Xylocaine.  An 18-gauge needle
```



**CEDARS-SINAI MEDICAL CENTER.**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 2/2/2016, D/C: 2/2/2016

## Operative & Procedure Notes (continued)

### Operative Report signed by Silberman, Allan W, MD at 2/4/2016 11:42 AM (continued)

was then passed into the left subclavian vein with good backflow of blood.
Through the needle was passed a guidewire into the right atrium.  The
position of the guidewire was confirmed with fluoroscopy.  Next, a 1 cm
incision was  made abutting the guidewire and then a second 3 cm transverse
incision was made approximately 2 inches below the 1st on the left anterior
chest wall.  The latter incision was carried down through the skin and
subcutaneous tissue to the muscle layer.  A subcutaneous pocket was then
created bluntly for the Port-A-Cath.  The Port-A-Cath was sutured into the
subcutaneous pocket utilizing interrupted sutures of 2-0 Ethilon.  A tunnel
was then  created between the subcutaneous pocket and the upper incision,
and through the tunnel was brought the Port-A-Cath catheter.  Next, a 9-
French cook introducer was passed over the guidewire, the guidewire
removed, the obturator removed, and the Port-A-Cath catheter passed down
the peel-away sheath.  The peel-away sheath was then removed leaving the
catheter in the superior vena cava.  The position of the catheter was
confirmed with fluoroscopy.  There was good backflow of blood through the
Port-A-Cath.  The Port-A-Cath was irrigated with heparinized saline.  The
subcutaneous pocket was then closed utilizing interrupted 3-0 chromic
catgut for the subcutaneous tissue, a running suture of 4-0 Monocryl for
the subcuticular layer and Steri-Strips for the skin.  The upper incision
was closed with 2 dermal sutures of 4-0 Monocryl followed by Steri-Strips
for the skin.  Next, a 20-gauge 3/4 inch Gripper needle was passed into
the Port-A-Cath for use later in the day.

The patient was then transported onto a gurney where an upright chest x-ray
was obtained which revealed the catheter in the superior vena cava without
evidence for pneumothorax.  The patient tolerated the procedure well and
was returned to the recovery room in satisfactory condition.

ALLAN W. SILBERMAN, M.D.

AWS/MEDQ/686867270  D:  02/03/2016  T:  02/03/2016  JOB#:  983792

cc:  Jonathan C. Ellis, M.D.

## Discharge Summary Notes

No notes of this type exist for this encounter.

## Consult Notes



**CEDARS-SINAI MEDICAL CENTER.**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: —, D/C: —

---

H&P signed by Silberman, Allan W, MD at 5/27/2015  3:13 PM  (continued)

HISTORY OF THE PRESENT ILLNESS:  The patient is a 50-year-old white male
whom I initially met in January of 1999 when he was diagnosed with a
rectosigmoid carcinoma.  At that time, he underwent a rectosigmoid
colectomy with a low anterior anastomosis.  The pathology revealed a 3.2 cm
lesion with 16 negative nodes (T2N0).  An appendectomy was also done at
that time.  No adjuvant therapy was given.  Subsequent to that, the patient
was diagnosed with  Muri-Torre syndrome which is a variant of the Lynch
syndrome.  On March 17, 2015, the patient had a biopsy of a skin lesion on
his left abdominal wall which revealed a sebaceous adenoma which is
consistent with the Muir-Torre syndrome.  More recently, he underwent
colonoscopy and upper GI endoscopy by Dr. Ellis on May 8, 2015.  This
revealed high-grade dysplasia in a sessile polyp which could not be
completely removed.  Other polyps were also  noted in the right colon.  The
upper GI endoscopy was normal.  A CAT scan of the abdomen and pelvis on May
19 showed no evidence for metastatic disease.  There was some focal wall
thickening in the proximal ascending colon.  Of note is that the patient
has had intermittent episodes of small-bowel obstruction, possibly from
adhesive disease.

PAST MEDICAL HISTORY:
Surgery:  Rectosigmoid colectomy with low anterior anastomosis and
appendectomy on February 4, 1999 for rectosigmoid carcinoma T2N0)

Fractures:  None.

Medical history:  There is no history of diabetes, hypertension, heart
disease, lung disease or severe infectious disease.

MEDICATIONS:
1.   Abilify 10 mg daily.
2.   Lunesta 5 mg q.h.s.

ALLERGIES:  None.

FAMILY HISTORY:  The patient's father died at age 66 from a myocardial
infarction.  The patient's mother had uterine cancer.  He has no siblings.

SOCIAL HISTORY:  He does not smoke.  He has an occasional alcoholic
beverage.  He is a security analyst.

REVIEW OF SYSTEMS:
CARDIORESPIRATORY:  There is no shortness of breath or chest pain.
GI:  His appetite is normal.  There is no nausea, vomiting, constipation or
diarrhea, although he has had several episodes of what sounds like
intermittent small-bowel obstruction.



**CEDARS-SINAI MEDICAL CENTER**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: —, D/C: —

---

**H&P signed by Silberman, Allan W, MD at 5/27/2015  3:13 PM  (continued)**

GU:  Negative.
EXTREMITIES:  Negative.

PHYSICAL EXAMINATION:
GENERAL:  The patient is a pleasant white male in no acute distress.
HEENT:  There was no cervical or supraclavicular adenopathy noted.  There was no scleral icterus noted.
CHEST:  Clear to auscultation and percussion.
CARDIAC:  S1, S2 within normal limits.  There is no murmur or gallop noted. Pulses equal and regular bilaterally.  There were palpable pedal pulses present.
LYMPH NODES:  There were no suspicious nodes noted in the neck, axilla, or groin.
ABDOMEN:  No masses were noted.  There was no hepatosplenomegaly noted. There was a well-healed lower midline incision.
RECTAL:  No masses were noted.  Stool guaiac was negative.
EXTREMITIES:  No cyanosis, clubbing or edema were noted.  There were palpable pedal pulses present.

ASSESSMENT:
1. High-grade dysplastic lesion, ascending colon,unable to be completely removed.
2.  History of Muir-Torre syndrome, (Lynch variant)
3.  History of rectosigmoid carcinoma; status post low anterior resection in    1999.

DISCUSSION AND PLAN:  The patient will undergo an extended right hemicolectomy on May 28 at the Cedars-Sinai Medical Center.

_____
ALLAN W. SILBERMAN, M.D.

AWS/MEDQ/656809780  D:  05/27/2015  T:  05/27/2015  JOB#:  634191

cc:  Robert Huizenga, M.D.
     Jonathan C. Ellis, M.D.



**CEDARS-SINAI MEDICAL CENTER**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/28/2015, D/C: 6/9/2015

**Operative & Procedure Notes**

**Operative Report signed by Silberman, Allan W, MD at 5/29/2015 10:28 AM**

| Author: Silberman, Allan W, MD | Service: Surgery Oncology | Author Type: Physician |
|---|---|---|
| Filed: 5/29/2015 10:28 AM | Date of Service: 5/29/2015 9:24 AM | Status: Signed |
| Editor: Silberman, Allan W, MD (Physician) | | |

```
        PATIENT:     SEBESTA, CHARLES THOMAS
        MED REC:     000717003
CEDARS-SINAI MEDICAL CENTER   DICTATOR:  ALLAN W. SILBERMAN, M.D.


OPERATION REPORT

DATE OF OPERATION:  05/28/2015

PREOPERATIVE DIAGNOSIS:
1.   High-grade dysplasia, ascending colon.
2.   History of Muir-Torre syndrome.
3.   History of rectosigmoid carcinoma.
4.   History of intermittent partial small bowel obstruction.

POSTOPERATIVE DIAGNOSIS:
1.   High-grade dysplasia, ascending colon.
2.   History of Muir-Torre syndrome.
3.   History of rectosigmoid carcinoma.
4.   History of intermittent partial small bowel obstruction.

OPERATION(S) PERFORMED:
1.   Exploratory laparotomy with lysis of small bowel adhesions and
omentectomy.
2.   Right hemicolectomy.
3.   Small bowel resection (3 feet of distal ileum).
4.   Reconstruction by side-to-side ileotransverse colostomy.

SURGEON:  Allan W. Silberman, M.D.

ASSISTANT: Jenny Jimmy Hong, M.D.

ANESTHESIOLOGIST:  Emad G. Hemaya, M.D.

ANESTHESIA:  General endotracheal anesthesia.

INDICATIONS:  The patient is a 50-year-old white male whom I operated upon
in February of 1999 for a rectosigmoid carcinoma.  The pathology at that
```



**CEDARS-SINAI MEDICAL CENTER.**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/28/2015, D/C: 6/9/2015

## Operative & Procedure Notes (continued)

### Operative Report signed by Silberman, Allan W, MD at 5/29/2015 10:28 AM  (continued)

time revealed a 3.2 cm lesion with 16 negative nodes.  He did not receive
adjuvant chemotherapy.  Subsequent to that operation, the patient was
diagnosed with Muir-Torre syndrome, which is a variant of Lynch syndrome.
Over the last several years, the patient has had several episodes of
intermittent abdominal pain felt to be due to a partial small bowel
obstruction.  More recently, the patient underwent colonoscopy which
revealed high-grade dysplasia in a sessile polyp in the ascending colon.
Other polyps were also noted in the right colon.  A CT scan showed no
evidence for metastatic disease; however, there were several loops of small
bowel noted deep within the pelvis.  The patient is now brought to the
operating room for right hemicolectomy and possible adhesiolysis.

OPERATIVE FINDINGS:  The patient had a large, bulky omentum which was
adherent to multiple loops of the small bowel.  These adhesions were taken
down with electrocautery and scissors dissection.  In addition, there were
2 loops of small bowel plastered deep into the pelvis to the right of the
previously performed rectosigmoid anastomosis.  These loops were finally
brought up into the wound.  The mesentery was somewhat compromised to this
area  of small bowel; as a result, this area of small bowel was resected.
Following removal of the right colon, the specimen was opened in the
operating room, and no obvious malignancy was noted.  There was no evidence
for metastatic disease within the liver.

OPERATIVE PROCEDURE:  Under adequate general endotracheal anesthesia, the
patient was prepped with Betadine and draped in the usual fashion.  A
midline incision from above the umbilicus down towards the pubis
encompassing the previous scar was made down through the skin and
subcutaneous tissue.  Old fascial sutures were removed, the peritoneum
incised, and the peritoneal cavity entered.  On entering the abdomen, we
immediately noted the large, bulky omentum which was adherent to multiple
loops of small bowel.  These adhesions were taken down with a combination
of electrocautery and scissors dissection.  At this point, the right colon
was mobilized along the white line of Toldt.  The hepatic flexure was taken
down.  A point was then chosen along the mid transverse colon for
transection.  This was accomplished with the GIA stapling device.  The
large, bulky omentum, which was involving the left side of the transverse
colon was included with the final specimen.  At this point, the ileocolonic
mesentery was clamped and ligated with 2-0 silk.  The ileum just proximal
to the ileocecal bowel was then transected with the GIA stapling device,
and the first specimen consisting of the distal ileum and the right colon
over to the mid transverse colon removed.  This was sent to Pathology, who
later brought the specimen back to the operating room where we observed the



**CEDARS-SINAI MEDICAL CENTER**

Sebesta, Charles Thomas
MRN: 000717003, DOB: 1/2/1965, Sex: M
Adm: 5/28/2015, D/C: 6/9/2015

## Operative & Procedure Notes (continued)

### Operative Report signed by Silberman, Allan W, MD at 5/29/2015 10:28 AM  (continued)

mucosa, and no obvious of malignancy was noted. Two large clips were noted.
At this point, an extensive adhesiolysis starting from the ligament of
Treitz going distally was performed.  As we went inferiorly into the
pelvis, we noted that 2 loops of bowel were plastered to the right of the
rectosigmoid anastomosis and adherent to the distal sacrum.  With scissors
dissection, we were finally able to bring these loops up into the wound.
The mesentery to the bowel was compromised.  As a result, I felt that the
distal 3 feet of ileum should be resected.  This was accomplished by
transecting the bowel with the GIA stapling device.  The mesentery was
clamped and ligated with 2-0 silk and the small bowel removed and sent to
Pathology.  At this point, a side-to-side ileal to transverse colon
anastomosis was performed in 2 layers utilizing a running stitch of 3-0
chromic catgut for the inner layer and interrupted 4-0 silk for the
seromuscular layer.  The anastomosis was marked with Weck clips.  The rent
in the mesentery was closed with a running stitch of 3-0 chromic catgut.
At this point, the abdomen was irrigated with multiple liters of warm
saline solution and hemostasis checked for.  In order to prevent the small
bowel from falling back into the pelvis, the retroperitoneum in the pelvis
was sutured to the right side of the  rectosigmoid, closing that space.
This was done with a running stitch of 3-0 chromic catgut.  At this point,
the abdomen was closed utilizing interrupted #1 Prolene for the fascia, a
running stitch of 4-0 Monocryl for the subcuticular layer, and Steri-Strips
for the skin.  Estimated blood loss during the case was approximately 300
mL.  The patient tolerated the procedure well and was returned to the
recovery room in satisfactory condition.

ALLAN W. SILBERMAN, M.D.

AWS/MEDQ/656976840  D:  05/28/2015  T:  05/29/2015  JOB#:  546998

cc:  Jonathan C. Ellis, M.D.
     Robert Huizenga, M.D.